UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD OLMSTED, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:06CV720 CDP |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before me on defendant's motion to reverse the decision of the ALJ and to remand this action to defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The motion will be granted. Accordingly,

**IT IS HEREBY ORDERED** that the defendant's motion to remand [#18] is granted, and the decision of the Commissioner is reversed and this action is remanded to defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A separate judgment in accordance with this Order is entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of October, 2007.